Michael Ladale REEVES,
Plaintiff-Appellant,

v.

HAMPTON FOREST APTS; Betty Parr;
Monument Real Estate SVCS; Jenny
Decker, Defendants-Appellees.

No. 17-1135

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Michael Ladale Reeves, Appellant Pro
Se. James Geoffrey Osborn, Jr., ROGERS,
TOWNSEND & THOMAS, Greenville,
South Carolina; Stephen Lynwood Brown,
Russell Grainger Hines, YOUNG CLEM-
ENT RIVERS, LLP, Charleston, South
Carolina, for Appellees.

Before KING, AGEE, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael Ladale Reeves appeals the dis-
trict court's order accepting the magistrate
judge's recommendation to grant Defen-
dants summary judgment on Reeves' civil
claims against Defendants, including his
claims brought pursuant to Title III of the
Americans with Disabilities Act, 42 U.S.C.
§§ 12181 to 12189 (2012), and the Fair
Housing Act, 42 U.S.C. §§ 3601 to 3619
(2012), and declining to exercise supple-
mental jurisdiction over Reeves' state law
claims. We affirm as modified.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins*, 766 F.2d 841, 845-46 (4th Cir.
1985); *see also Thomas v. Arn*, 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Moreover, we limit our review to the is-
sues raised in the Appellant's informal
brief. *See* 4th Cir. R. 34(b). Reeves waived
appellate review of the district court's dis-
positive holdings by failing to file specific
objections to the magistrate judge's recom-
mendation after receiving proper notice,
and by failing to challenge the district
court's dispositive rationale in his informal
brief.

Accordingly, although we affirm the dis-
trict court's judgment, we modify the judg-
ment to reflect that Reeves' state law
claims are dismissed without prejudice. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED AS MODIFIED*